UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
H.B., *on behalf of M.B., a minor*, et al.,                              :
:
  Plaintiffs,                                                            :
:
   -v-                                                                   :   23-CV-9724 (JMF)
:
CITY SCHOOL DISTRICT OF THE CITY OF NEW                                  :   ORDER
YORK, *d/b/a The New York City Department of*                            :
*Education*,                                                             :
:
  Defendant.                                                             :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     Defendant was required to answer Plaintiffs' Complaint by February 22, 2024.  See ECF No. 9.  To date, Defendant has not filed any document in response to the Complaint.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **February 27, 2024**.  If Defendant fails to answer the Complaint by that date, the Court will invite Plaintiffs to move for default judgment.

     The parties are also reminded that pursuant to the Court's November 7, 2023 Order, ECF No. 4, they must file two joint letters, the contents of which are described therein, by **February 23, 2024**.

     SO ORDERED.

Dated: February 23, 2024
       New York, New York
                                       JESSE M. FURMAN
                                 United States District Judge